849 A.2d 1131

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

**v.**

**Vladimir GOYKHMAN, Respondent.**

**No. 902 Disciplinary Docket No.3.**

Supreme Court of Pennsylvania.

May 6, 2004.

## ORDER

PER CURIAM.

AND NOW, this 6th day of May, 2004, upon consideration of the Report and Recommendations of the Disciplinary Board dated February 3, 2004, it is hereby

ORDERED that VLADIMIR GOYKHMAN be and he is DISBARRED from the Bar of this Commonwealth, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.